IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 18-cr-475 WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARY ARONSON

    Defendant.

___

INDICTMENT
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(C)
21 U.S.C. §841(b)(2)
21 U.S.C. §853

___

THE GRAND JURY CHARGES:

## COUNT ONE

On or about December 5, 2017, within the State and District of Colorado, the defendant, Mary Aronson, did knowingly and intentionally distribute oxycodone and amphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about January 19, 2018, within the State and District of Colorado, the defendant, Mary Aronson, did knowingly and intentionally distribute oxycodone and

1

amphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about January 19, 2018, within the State and District of Colorado, the defendant, Mary Aronson, did knowingly and intentionally distribute lorazepam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(2).

## COUNT FOUR

On or about February 13, 2018, within the State and District of Colorado, the defendant, Mary Aronson, did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

As a result of the foregoing offenses, violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), the defendant, Mary Aronson, shall forfeit to the United States any and all property, real or personal, constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

If any of the property subject to forfeiture as a result of any act or omission of the

defendant:

    A.    cannot be located upon the exercise of due diligence;

    B.    has been transferred to sold to or deposited with a third person;

    C.    has been placed beyond the jurisdiction of this Court;

    D.    has been substantially diminished in value; or

    E.    has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
GRAND JURY FOREPERSON

ROBERT C. TROYER
UNITED STATES ATTORNEY

By<u>: s/E. Garreth Winstead</u>
E. GARRETH WINSTEAD
Assistant United States Attorney
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Garreth.winstead@usdoj.gov

By: *s/Suneeta Hazra*
SUNEETA HAZRA
Assistant United States Attorney
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Suneeta.hazra@usdoj.gov